**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DAVID R. WRIGHT,

    Plaintiff,                         Case No. 16-14393
                                         Honorable Paul D. Borman
vs.                                          Magistrate Judge David R. Grand

OCWEN LOAN SERVICING, LLC,

    Defendant.
_____/

| OAKLEY & ROBINSON, P.L.L.C. | DYKEMA GOSSETT, PLLC |
|---|---|
| Steven P. Robinson (P45753) | Thomas M. Schehr (P54391) |
| Attorney for Plaintiff | Nasseem S. Ramin (P73513) |
| 36830 Goddard Road | Attorney for Defendant |
| P. O. Box 74086 | 400 Renaissance Center, 37th Floor |
| Romulus, MI 48174 | Detroit, MI 48243 |
| (734) 941-1920/fax 941-0026 | (313) 568-6800 |
| romuluslaw@comcast.net | tschehr@dykema.com |
| | nramin@dykema.com |

_____/

**STIPULATED ORDER TO DISMISS WITH PREJUDICE**

    This matter having come before the Court upon the Stipulation of the parties and the Court being otherwise advised in the premises;

    **IT IS HEREBY ORDERED** that the Complaint in the above action be dismissed with prejudice.


| | s/Paul D. Borman |
|---|---|
| March 17, 2017 | Paul D. Borman |
| | United States District Judge |

| /s/ Steven P. Robinson | /s/ Naseem S. Ramin w/consent |
|---|---|
| Steven P. Robinson (P45753) | Nasseem S. Ramin (P73513) |
| Attorney for Plaintiff | Attorney for Defendant |
| Oakley & Robinson, P.L.L.C. | Dykema Gossett, PLLC |
| 36830 Goddard Road | 400 Renaissance Center, 37th Floor |
| P. O. Box 74086 | Detroit, MI 48243 |
| Romulus, MI 48174 | (313) 568-6800 |
| romuluslaw@comcast.net | tschehr@dykema.com |
| | nramin@dykema.com |